MICHAEL BOWEN, Respondent, *v.* MICHAEL SWEENEY et al., Appellants.

*Bowen* v. *Sweeney*, 89 Hun, 359, affirmed.
(Argued December 9, 1897; decided January 11, 1898.)

APPEAL from an order of the General Term of the Supreme Court in the first judicial department and from the judgment entered thereon October 23, 1895, which affirmed a final judgment in an action of partition, an interlocutory judgment and an order denying a motion to set aside a verdict and for a new trial.

*William H. Arnoux* and *Francis C. Devlin* for appellants.

*Flamen B. Candler* and *Robert W. Candler* for respondent.

Order and judgment affirmed, with costs ; no opinion. All concur.

---

JOSEPH ALBERT, as Administrator of LORETTA ALBERT, Deceased, Appellant, *v.* THE ALBANY RAILWAY, Respondent.

*Albert* v. *Albany Railway Co.*, 5 App. Div. 544, affirmed.
(Argued December 9, 1897; decided January 11, 1898.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 27, 1896, upon an an order reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial, and also from an order entered October 7, 1896, amending the order of reversal.

*J. Newton Fiero* for appellant.

*Simon W. Rosendale* for respondent.

Judgment and order affirmed, with costs, on opinion below, and judgment absolute ordered for defendant on the stipulation.
All concur, except O'BRIEN, J., not voting.